Thomas Powers
vs
Travis Smith et al
Defendant

Case 19-4161

## STATUS

Plaintiff includes Oct 16 2019 Court order from 7th Circuit.

Seventh Circuit has not made such order.

Respectfully
Thomas Powers

Shelton, Lynne

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Wednesday, October 16, 2019 9:46 AM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | [External] Activity in Case 4:19-cv-04161-CSB Powers v. Smith et al Order on Motion for Leave to Appeal in forma pauperis |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

## Notice of Electronic Filing

The following transaction was entered on 10/16/2019 at 9:46 AM CDT and filed on 10/16/2019

**Case Name:** Powers v. Smith et al
**Case Number:** 4:19-cv-04161-CSB
**Filer:**
**WARNING: CASE CLOSED on 10/08/2019**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER** entered by Judge Colin Stirling Bruce on 10/16/2019. Pursuant to the Seventh Circuit's order in Powers v. Wilcoxen, et al, Appeal No. 19-2478, Plaintiff is barred from proceeding in forma pauperis until he has paid all outstanding fees and costs in full. Plaintiff's petition to proceed in forma pauperis is, therefore, denied. [9]. (KE, ilcd)

**4:19-cv-04161-CSB Notice has been electronically mailed to:**

**4:19-cv-04161-CSB Notice has been delivered by other means to:**

Thomas Powers
906548
RUSHVILLE
IL Department of Human Services
Sexually Violent Persons Treatment & Detention Facility
17019 County Farm Road
Rushville, IL 62681



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
## SCANNING COVER SHEET

**Notice** – Please read and carefully follow these instructions.

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 10/17/19

Name: Powos vs Smith et

Case Number: 19 CV 4161    ☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition
☐ Response / Reply
☐ Other (Specify) _Status_

Title of Pleading: _____
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 4

4:19-cv-04161-CSB   # 13   Filed: 10/17/19   Page 4 of 4
4:19-cv-04161-CSB   # 12   Page 1 of 1
Case: 19-3007   Document: 3-2   Filed: 10/16/2019   Pages: 1
E-FILED
Wednesday, 16 October, 2019 03:33:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 3(b) FEE NOTICE

October 16, 2019

| No. 19-3007 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>TRAVIS SMITH, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 4:19-cv-04161-CSB
Central District of Illinois
Clerk/Agency Rep Shig Yasunaga
District Judge Colin S. Bruce

This court's records indicate that on October 16, 2019 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($505.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. ✗ File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: c7_Rule3b_Notice_Sent(form ID: 145)